1 **ROSTOW & AUSTER LLP**
REZA I. GHARAKHANI, (SBN 162690)
2049 Century Park East, Suite 2525
Los Angeles, California 90067
Telephone:  (310) 772-0080
Telecopier:  (310) 772-0822
Email: gharakhani@rostow.com

Attorneys for Defendants
DCM, INC., and ALIRAZA JIVAN and
Specially appearing on behalf of Defendants
LIBERTY NOVELTY, INC., and
ALFIA JIVAN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – BAKERSFIELD DIVISION

| | |
|---|---|
| FULL SPECTRUM IH, LLC, a Florida limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>DCM, INC., a Nevada corporation; LIBERTY NOVELTY, INC., a Maryland corporation; ALIRAZA JIVAN, an individual; ALFIA JIVAN, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.  1:20-cv-00673-DAD-JLT<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS DCM, INC., AND ALIRAZA JIVAN AND SPECIALLY APPEARING DEFENDANTS LIBERTY NOVELTY, INC., AND ALFIA JIVAN'S NOTICE OF MOTION AND MOTION TO SET ASIDE ENTRY OF DEFAULT; (FRCP 55(c))**<br><br>Date:    September 10, 2020; 9:30 a.m.<br>Judge:  Hon. Jennifer L. Thurston<br>Place:   United States Courthouse,<br>             510 19th Street, Ste. 200<br>             Bakersfield, CA 93301 |

LA:2204.1207                                      - 1 -
/Case No. 1:20-CV-00673-DAD-JLT
[PROPOSED] ORDER GRANTING DEFENDANT DCM, INC., AND ALIRAZA JIVAN AND SPECIALLY APPEARING DEFENDANTS
LIBERTY NOVELTY, INC., AND ALFIA JIVAN'S MOTION TO SET ASIDE ENTRY OF DEFAULT

ROSTOW & AUSTER LLP
ATTORNEYS AT LAW
LOS ANGELES

The motion of Defendants Alfia Jivan and Liberty Novelty, Inc., special and limited appearance, and Defendants DCM, Inc., and AliRaza Jivan (collectively "Defendants") for an order Setting Aside the Defaults entered by the Clerk on June 17, 2020 and July 21, 2020 in this matter, pursuant to Rule 55(c) of the Federal Rules of Civil Procedure, came for hearing in Suite 200 of this Court on September 10, 2020.

Having read the motion, the memoranda and the declarations filed by the parties, and having heard arguments of counsel, this Court has determined that Defendants' Defaults shall be vacated.

Therefore, IT IS HEREBY ORDERED:

1. Defendants' Motion to Set Aside Default is GRANTED and Defendants' Defaults are hereby vacated.

2. _____.

**IT IS SO ORDERED**.

Dated:

Hon. Jennifer L. Thurston

LA:2204.1207 — - 2 -
/Case No. 1:20-CV-00673-DAD-JLT
[PROPOSED] ORDER GRANTING DEFENDANT DCM, INC., AND ALIRAZA JIVAN AND SPECIALLY APPEARING DEFENDANTS LIBERTY NOVELTY, INC., AND ALFIA JIVAN'S MOTION TO SET ASIDE ENTRY OF DEFAULT

Rostow & Auster LLP
Attorneys At Law
Los Angeles