Adam M. Satnick, California State Bar No. 302326
(adam@satnicklau.com)
Benson K. Lau, California State Bar No. 287429
(benson@satnicklau.com)
**SATNICK LAU LLP**
11755 Wilshire Blvd., Suite 1250
Los Angeles, CA 90025
Telephone:    (310) 356-8472
Facsimile:     (310) 436-4969

Attorneys for Plaintiff Full Spectrum IH, LLC

# THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA – BAKERSFIELD DIVISION

SATNICK LAU LLP
11755 Wilshire Blvd., Suite 1250
Los Angeles, CA 90025
Telephone (310) 356-8472

| | |
|---|---|
| FULL SPECTRUM IH, LLC, a Florida limited liability company;<br><br>             Plaintiff,<br><br>    vs.<br><br>DCM, INC., a Nevada corporation; LIBERTY NOVELTY, INC., a Maryland corporation; ALIRAZA JIVAN, an individual; ALFIA JIVAN, an individual; and DOES 1 through 10, inclusive,<br><br>             Defendants. | Case No.: 1:20-cv-00673-DAD-JLT<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO SET ASIDE ENTRY OF DEFAULT**<br><br>[Filed concurrently with the Opposition to Defendants' Motion to Set Aside Entry of Default, Declaration of Benson K. Lau, Esq., Evidentiary Objections to Declaration of Reza I. Gharakhani, Esq., Evidentiary Objections to Declaration of Aliraza Jivan, Evidentiary Objections to Declaration of Alfia Jivan, Evidentiary Objections to Declaration of Alejandra Duran, Evidentiary Objections to Declaration of Minor "AJ," and [Proposed] Orders thereon]<br><br>Hearing:    September 10, 2020; 9:30 a.m.<br>Judge:      Hon. Jennifer L. Thurston<br>Location:   United States Courthouse, 510 19th Street, Suite 200, Bakersfield, CA 93301 |

**TO THE HONORABLE COURT, DEFENDANTS, AND THEIR ATTORNEYS OF RECORD:**

Plaintiff FULL SPECTRUM IH, LLC ("Plaintiff") hereby requests the Court to take judicial notice pursuant to Federal Rule of Evidence ("FRE") 201 of the following facts in support of its opposition to the Motion to Set Aside Entry of Default filed by Defendants DCM, INC. ("DCM"), Liberty Novelty, Inc. ("Liberty Novelty"), and Aliraza Jivan ("Mr. Jivan") and Alfia Jivan ("Mrs. Jivan" and collectively the "Jivans") (each a "Defendant" and collectively, the "Defendants"):

1.      Orange County Clerk – Criminal Case Docket for *State of Florida v. Ali Raza Jivan* (Case No. 2002-MM-011350-A-O) together with the State of Florida's Administrative Nolle Prosequi filed on April 21, 2010, true and correct copies of which are attached hereto as Exhibit "**A**," and in particular the following:

- On March 30, 2001, Mr. Jivan was charged with violation of Florida Statutes § 901.36(1) for providing false identification to a law enforcement officer while arrested or lawfully detained.
- On July 26, 2002, a summons was issued to Mr. Jivan.
- On August 22, 2002, the summons was returned unserved.
- On August 29, 2002, an arraignment was held. Mr. Jivan did not appear.
- On October 11, 2002, the court issued a bench warrant for Mr. Jivan's arrest.
- On April 23, 2010, the State of Florida filed an Administrative Nolle Prosequi "due to the age of the case" and the bench warrant was returned unexecuted.

2.      West's Florida Statutes Annotated ("F.S.A."), Title XLVII, Chapter 901, Section 901.36, a true and correct copy of which is attached hereto as Exhibit "**B**."

3.      Criminal History Report from the Florida Department of Law Enforcement for "Ali Raza Haider Jivan," a true and correct copy of which is attached

2

hereto as Exhibit "**C**," and in particular the following:

- On October 3, 2012, Mr. Jivan was arrested and charged with violation of F.S.A. § 901.36(1) for providing false identification to a law enforcement officer while arrested or lawfully detained.[1]

- Mr. Jivan was also arrested pursuant to F.S.A. § 941.02 as a fugitive from justice.[2]

4. West's F.S.A., Title XLVII, Chapter 941, Section 941.02, a true and correct copy of which is attached hereto as Exhibit "**D**."

5. The Business Entity Information for "DCM, Inc." from the Nevada Secretary of State, a true and correct copy of which is attached hereto as Exhibit "**E**," and in particular the following:

- DCM was formed on June 7, 2019.

- DCM's registered agent is identified as "Corporate Service Center, Inc." located at "5605 Riggins Ct. Suite 200, Reno, NV, 89502, USA."

- DCM's President, Secretary, and Sole Director is identified as "Alfia Jivan" with her address at: "3401 Sirius Ave Suite 32, Las Vegas, NV, 89102, USA."

6. The Business Entity Information for "Liberty Novelty, LLC" from the Nevada Secretary of State, a true and correct copy of which is attached hereto as Exhibit "**F**," and in particular the following:

- Liberty Novelty LLC was formed on July 20, 2019.

- Liberty Novelty LLC's "Managing Member" is identified as "Alfia Jivan" with her address at: "3401 Sirius Ave Suite 32, Las Vegas, NV, 89102, USA."

SATNICK LAU LLP
11755 Wilshire Blvd, Suite 1250
Los Angeles, CA 90025
Telephone: (310) 356-8472

---

[1] The matter was adjudicated by the Court and Mr. Jivan was found guilty of this offense on March 8, 2013. (Lau Decl., Exh. N).

[2] Mr. Jivan was extradited pursuant to F.S.A. § 941.02 on October 22, 2012.

SATNICK LAU LLP
11755 Wilshire Blvd., Suite 1250
Los Angeles, CA 90025
Telephone: (310) 356-8472

7.     The Business Entity Information for "Liberty Novelty, Inc." from the Maryland Department of Assessments & Taxation, a true and correct copy of which is attached hereto as Exhibit "**G**," and in particular the following:

- Liberty Novelty, Inc. was formed on January 14, 2019.
- Liberty Novelty, Inc.'s registered agent is identified as "Alfia Jivan" located at "10940 Sassan Lane, Hagerstown, MD 21742."
- Liberty Novelty, Inc.'s principal office is located at "2035 Day Road, Hagerstown, MD 21740."
- Liberty Novelty, Inc. is not in good standing with the State of Maryland at the time of this filing.

8.     The Business Entity Search Results for "Liberty Noveltys" from the Maryland Department of Assessments & Taxation, a true and correct copy of which is attached hereto as Exhibit "**H**," and in particular the following:

- Two entities found (both of which are active) bearing the business name "Liberty Noveltys" and with the following Business IDs: T00423868 and L17786898.

9.     The Business Entity Information for "Liberty Noveltys" bearing the Business ID "T00423868" from the Maryland Department of Assessments & Taxation together with its corresponding Trade Name Application for the trade name "Liberty Noveltys," a true and correct copy of which is attached hereto as Exhibit "**I**," and in particular the following:

- "Liberty Noveltys" current "Active" status.
- "Liberty Noveltys" current owner is identified as "Alfia Jivan" with the address of "12505 Eagle View Way, Germantown, MD 20876."
- "Liberty Noveltys" principal office address is identified as "1 Research Court #450, Rockville, MD 20850."

10.     The Business Entity Information for "Liberty Noveltys" bearing the Business ID "L17786898" from the Maryland Department of Assessments & Taxation,

a true and correct copy of which is attached hereto as Exhibit "**J**," and in particular the following:

- The Business Name: "Alfia Jivan."
- The current "Active" status.
- No listed principal office.
- No registered agent for service of process.
- The Business Type is identified as "Sole Proprietorship Or General Partnership"
- The date of formation of February 10, 2017.

11.    The Civil Case Docket from the District Court of Maryland for Montgomery County filed on April 23, 2018 entitled *Hasim Distribution Inc. v. Liberty Noveltys, LLC* (Case No. 060100074932018), a true and correct copy of which is attached hereto as Exhibit "**K**," and in particular the following:

- The Default Judgment Entered on September 10, 2018 in the amount of $9,460.00.
- The current "Active" status of the case.
- The September 5, 2018 Docket Entry showing that the Court's Order to defendant was returned "not deliverable as addressed"
- The August 31, 2018 Docket Entry showing that Plaintiff's "Notice Regarding Ex Parte Hearing" was "Returned in Mail."

12.    The Civil Case Docket from the Circuit Court of Maryland for Frederick County filed on January 17, 2020 entitled *John Robinson, III v. Liberty Noveltys, et al.* (Case No. C -10-CV-20-000051), a true and correct copy of which is attached hereto as Exhibit "**L**," and in particular the following:

- The Defendant "Ali Jivan" with the address: "12505 Eagle View Way, Germantown, MD 20876."
- The Defendant "Alfia Jivan" with the address: "12505 Eagle View Way, Germantown, MD 20876."

Satnick Lau LLP
11755 Wilshire Blvd, Suite 1250
Los Angeles, CA 90025
Telephone: (310) 356-8472

5

Satnick Lau LLP
11755 Wilshire Blvd, Suite 1250
Los Angeles, CA 90025
Telephone: (310) 356-8472

- The Defendant "Liberty Noveltys" with the address: "2035 Hagerstown, MD 21742."

- The Docket Entries of January 21, 2020 for the issuance of the Summons for each defendant.

- The Docket Entries of February 19, 2020 regarding the filing of Affidavits of Service for each defendant.

- The Docket Entry of March 10, 2020 regarding the "Request for Order of Default."

- The Docket Entry of March 19, 2020 regarding the "Order of Default" and issuance of notice regarding the same.

- The Docket Entries of April 6, 2020 and August 6, 2020 regarding "Returned Mail" for "Liberty Noveltys."

- The Docket Entry of April 24, 2020 regarding the "Request for Entry of Judgment by Default as to Liability."

- The Docket Entry of May 1, 2020 regarding "Returned Mail."

- The Docket Entry of August 17, 2020 regarding "Returned Mail."

13. The summary of the State of California's COVID-19 response obtained from the website of the Office of Governor Gavin Newsom, a true and correct copy of which is attached hereto as Exhibit "**M**," and in particular:

- Governor Newsom's declaration of a State of Emergency on March 4, 2020 regarding COVID-19. (page 5.)

- Governor Newsom's issuance of a "stay-at-home" order on March 19, 2020 to protect the health and well-being of all Californians and slow the spread of COVID-19. (page 4.)

///

///

///

///

REQUEST FOR JUDICIAL NOTICE

DATED: August 27, 2020     **SATNICK LAU LLP**

By: _____

ADAM M. SATNICK
BENSON K. LAU
Attorneys for Plaintiff FULL
SPECTRUM IH, LLC

**SATNICK LAU LLP**
11755 Wilshire Blvd., Suite 1250
Los Angeles, CA 90025
Telephone: (310) 356-8472

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

REQUEST FOR JUDICIAL NOTICE

**EXHIBIT A**



# Orange County Clerk - Court Records Search

## 2002-MM-011350-A-O : STATE OF FLORIDA VS. JIVAN, ALI RAZA

| | | | |
|---|---|---|---|
| Case Type: | Misdemeanor | Date Filed: | 7/23/2002 |
| Location: | Orlando - CR | UCN: | 482002MM011350000AOX |
| Judge: | Andrew L Cameron | Status: | Closed |
| Citation Number: | Misdemeanor | Appear By Date: | |

### Parties

| Name | DOB | Type | Attorney | Atty Phone |
|---|---|---|---|---|
| ALI RAZA JIVAN | ▮/1971 | Defendant | | |
| STATE OF FLORIDA | | Plaintiff | | |

### Charge Details

| Offense Date | Charge | Plea | Arrest | Disposition | Sentence |
|---|---|---|---|---|---|
| 3/30/2001 | 1. CR-PROVIDING FALSE ID TO LAW ENFORCEMENT OFF. Statute: 901.36(1) First Degree - Misd | | | 4/23/2010 Nolle Prosequi (NC) | |

### Docket Events

| Date | Description | Pages |
|---|---|---|
| 5/6/2010 | Capias Returned Unexecuted | 1 |
| 4/23/2010 | Disposition | |
| 4/23/2010 | Capias Recall | |
| 4/23/2010 | Administrative Nolle Prosequi | 1 |
| | Comments: Count 1 | |
| 10/14/2002 | Capias Issued Ret: Inst Bond $ | |
| | Comments: CAPIAS ISSUED RET:INST BOND:$500.00 | |
| 10/11/2002 | Order | |
| | Comments: PROBABLE CAUSE ORDER/ISS CAPIAS | |
| 8/29/2002 | HEARING - Arraignment | |
| 8/29/2002 | Court Minutes | |
| | Comments: COURT MINUTES FILED | |
| 8/29/2002 | Order | |
| | Comments: ORDER REFER TO STATE FOR BETTER SERVICE OF PROCESS | |
| 8/29/2002 | Defendant Not Present | |
| | Comments: DEFENDANT NOT PRESENT | |
| 8/29/2002 | In Open Court | |
| | Comments: IN OPEN COURT ARRAIGNMENT | |
| 8/22/2002 | Summons Returned Unserved | |
| | Comments: SUMMONS RETURNED UNSERVED | |
| 7/26/2002 | Summons Issued | |
| | Comments: SUMMONS ISSUED RET:[08/29/02 ] | |

| Date | Description | Pages |
|------|-------------|-------|
| 7/23/2002 | Information Filed | |
| | Comments: INFORMATION FILED | |
| 7/23/2002 | State Attorney Number | |
| | Comments: STATE ATTORNEY NUMBER NF01-004061 | |

## Hearings

| Date | Hearing | Time | Location | Pages |
|------|---------|------|----------|-------|
| 8/29/2002 | Arraignment | 1:00 PM | | |

## Financial

| Date | Description | Payer | Amount |
|------|-------------|-------|--------|
| | | Balance Due: | 0 |

## Bonds

| Description | Status Date | Bond Status | Amount |
|-------------|-------------|-------------|--------|

## Warrants

| Number | Status Description | Issue Date | Service Date | Recall Date | Expiration Date | Warrant Type |
|--------|--------------------|-----------|--------------|-------------|-----------------|--------------|

**Refresh your browser (can click [F5] key on your keyboard) if your document does not appear within a few seconds.**

| 1 / 1 | | Actual Size |

4/23/2010 11:00 AM FILED IN OFFICE LYDIA GARDNER CLERK OF CIRCUIT COURT ORANGE (

IN THE COUNTY COURT OF THE
NINTH JUDICIAL CIRCUIT, IN AND FOR
ORANGE COUNTY, FLORIDA

STATE OF FLORIDA

CASE NO: 48-2002-MM-011350-O

vs.

DIVISION: 62

ALI RAZA HAIDER JIVAN

_____/

### ADMINISTRATIVE NOLLE PROSEQUI

Count 1.   PROVIDING FALSE ID TO LAW ENFORCEMENT OFF. (M1)

COMES NOW the State of Florida, by and through the undersigned Assistant State

Attorney, and enters an Administrative Nolle Prosequi in the above-entitled action due to the age

of the case.

Dated this 21st day of April, 2010.

LAWSON LAMAR
State Attorney

BY:
Greg Tynan
Assistant State Attorney
Florida Bar No. 0045837
PO Box 1673, 415 N Orange Ave
Orlando, FL 32802-1673
(407)836-1676

**EXHIBIT B**

West's Florida Statutes Annotated
Title XLVII. Criminal Procedure and Corrections (Chapters 900-999) (Refs & Annos)
Chapter 901. Arrests (Refs & Annos)

West's F.S.A. § **901.36**

**901.36**. Prohibition against giving false name or false identification
by person arrested or lawfully detained; penalties; court orders

Currentness

(1) It is unlawful for a person who has been arrested or lawfully detained by a law enforcement officer to give a false name, or otherwise falsely identify himself or herself in any way, to the law enforcement officer or any county jail personnel. Except as provided in subsection (2), any person who violates this subsection commits a misdemeanor of the first degree, punishable as provided in s. 775.082 or s. 775.083.

(2) A person who violates subsection (1), if such violation results in another person being adversely affected by the unlawful use of his or her name or other identification, commits a felony of the third degree, punishable as provided in s. 775.082, s. 775.083, or s. 775.084.

(3)(a) In sentencing a person for violation of this section, a court may order restitution.

(b) The sentencing court may issue such orders as are necessary to correct any public record because it contains a false name or other false identification information given in violation of this section.

(c) Upon application to the court, a person adversely affected by the unlawful use of his or her name or other identification in violation of this section may obtain from the court orders necessary to correct any public record, as described in paragraph (b).

**Credits**
Added by Laws 1999, c. 99-169, § 2, eff. July 1, 1999.

Notes of Decisions containing your search terms (0)
View all 32

West's F. S. A. § **901.36**, FL ST § **901.36**
Current with chapters from the 2020 Second Regular Session of the 26th Legislature in effect through July 01, 2020

**End of Document**

© 2020 Thomson Reuters. No claim to original U.S. Government Works.

**EXHIBIT C**





1. MY INFORMATION    2. CRITERIA    3. CONFIRMATION    4. PAYMENT    5. CANDIDATES    6. RESULTS

Criminal history has been auto-emailed to benson@satnicklau.com

Print History        Email History to: [                    ]    Back to Search Results    New Search    Home
                    (Separate multiple email addresses by comma)

Criminal History

--FLORIDA CCH RESPONSE--
FC.DLE/05299830.PUR/P.ATN/ANONCCHINET/BENSONKLAU
        SID NUMBER: ███9830    PURPOSE CODE: Public Record Checks

=================================================================
 Because additions or deletions may be made at any time, a new copy should be re
 quested when needed for future use.
=================================================================
            -   Florida   Criminal   History   -
=================================================================


============================ IDENTITY SECTION ===========================
State ID
███9830

=========================== DEMOGRAPHICS ===========================
Name                    Date of Birth        Social Security Number
JIVAN, ALI RAZA HAIDER  ███/1971             XXX-XX-6013

Sex                     Race                 Place of Birth
Male                    White                India [Includes Sikkim]

Height                  Weight               Ethnicity
5' 06"                  125 lbs

Hair Color              Eye Color
Brown                   Brown

Other Name(s)
JIVAN, ALIRAZA HAIDER

Address
8229 SUN VISTA WY, ORLANDO, Florida


================================ Cycle 1 ================================

OBTS                    5002237476
Arrest

 Date of Arrest         10/03/2012
 Charge                 001
  Arresting Agency ORI  FL0500200
  Arresting Agency Name Boca Raton Police Department
  Date of Offense       10/03/2012
  AON Description        Marijuana-Possess

  Statute               Level                Degree
  893.13                Misdemeanor          1st Degree

```
    Statute Description    Not More Than 20 Grams
    Offense Literal        MARIJUANA-POSSESS - NOT MORE THAN 20 GRAMS
    Charge Count           1


Charge                     002
    Arresting Agency ORI   FL0500200
    Arresting Agency Name  Boca Raton Police Department
    Date of Offense        10/03/2012
    AON Description        Drug Equip-Possess


    Statute                Level                  Degree
    893.147                Misdemeanor            1st Degree


    Statute Description    And Or Use
    Offense Literal        DRUG EQUIP-POSSESS - AND OR USE
    Charge Count           1

Charge                     003
    Arresting Agency ORI   FL0500200
    Arresting Agency Name  Boca Raton Police Department
    Date of Offense        10/03/2012
    AON Description        Fraud-Imperson

    Statute                Level                  Degree
                           Misdemeanor            1st Degree


    Offense Literal        FRAUD-IMPERSON - FALSE ID GIVEN TO LEO
    Charge Count           1

Charge                     004
    Arresting Agency ORI   FL0500200
    Arresting Agency Name  Boca Raton Police Department
    Date of Offense        10/03/2012
    AON Description        Out-Of-State-Fugitive


    Statute                Level                  Degree
    941.02                 Unknown                Unknown


    Statute Description
    Offense Literal        OUT-OF-STATE-FUG  -
    Charge Count           1


==================================================================
 This record contains Florida information only. When explanation of a charge or
  disposition is needed, communicate directly with the agency that contributed
 the record information.
==================================================================
 This record may only be used for the purpose requested as defined by the Code
 of Federal Regulations and/or Florida Statute.
==================================================================
 As mandated by Florida Statute 119.071(5), full social security numbers are no
 w exempt from public disclosure and may be disclosed only to governmental enti
 ties and certain commercial entities (upon a showing of business necessity as
 defined by the law). FDLE will, however, release the last four digits of the s
 ocial security number. Example: XXX XX 1234.
==================================================================
 End of record
==================================================================
--END--
```

Criminal history has been auto-emailed to benson@satnicklau.com

Print History     Email History to: [                    ]     Back to Search Results     New Search     Home
(Separate multiple email addresses by comma)

**EXHIBIT D**

THOMSON REUTERS
WESTLAW EDGE ○

SATNI... History Folders Favorites Community Notifications          Sign out

All content | 941.02 | Florida          Search Tips
                                        Advanced

## 941.02. Fugitives from justice; duty of Governor

FL ST § 941.02  •  West's Florida Statutes Annotated  •  Title XLVII. Criminal Procedure and Corrections (Chapters 900-999)  (Approx. 2 pages)

**Document**    Notes of Decisions (41)    History (2    Citing References (40    Context & Analysis (9          Fullscreen

| | § | | Original terms | | | | | | | | |

West's Florida Statutes Annotated
    Title XLVII. Criminal Procedure and Corrections (Chapters 900-999) (Refs & Annos)
        Chapter 941. Corrections: Interstate Cooperation
        Part I. Uniform Interstate Extradition

[                    West's F.S.A. § **941.02**

[         ## 941.02. Fugitives from justice; duty of Governor

                            Currentness

Subject to the provisions of this chapter, the provisions of the Constitution of the United States controlling, and any and all Acts of Congress enacted in pursuance thereof, it is the duty of the Governor of this state to have arrested and delivered up to the executive authority of any other state of the United States any person charged in that state with treason, felony, or other crime, who has fled from justice and is found in this state.

## Credits

Laws 1941, c. 20460, § 2.

| **Notes of Decisions containing your search terms (0)** | **View all 41** |
|---|---|

[  West's F. S. A. § **941.02**, FL ST § **941.02**

1

Current with chapters from the 2020 Second Regular Session of the 26th Legislature in effect through July 01, 2020

**End of Document**                    © 2020 Thomson Reuters. No claim to original U.S. Government Works.

Contact us   •   Live chat   •   Training and support   •   Improve Westlaw Edge   •   Transfer My Data

•   Pricing guide   •   Sign out



1-800-REF-ATTY (1-800-733-2889)

Westlaw Edge. © 2020 Thomson Reuters     Accessibility   •   Privacy   •   Supplier terms          *Thomson Reuters is not providing professional advice*

**EXHIBIT E**

## ENTITY INFORMATION

### ENTITY INFORMATION

**Entity Name:**

DCM, INC

**Entity Number:**

E0265202019-8

**Entity Type:**

Domestic Corporation (78)

**Entity Status:**

Active

**Formation Date:**

06/07/2019

**NV Business ID:**

NV20191426649

**Termination Date:**

Perpetual

**Annual Report Due Date:**

6/30/2020

### REGISTERED AGENT INFORMATION

**Name of Individual or Legal Entity:**

CORPORATE SERVICE CENTER, INC.

**Status:**

Active

**CRA Agent Entity Type:**

**Registered Agent Type:**

Commercial Registered Agent

**NV Business ID:**

**Office or Position:**

**Jurisdiction:**

NEVADA

**Street Address:**

5605 RIGGINS CT STE 200, RENO, NV, 89502, USA

**Mailing Address:**

**Individual with Authority to Act:**

**Fictitious Website or Domain Name:**

## OFFICER INFORMATION

☐ **VIEW HISTORICAL DATA**

| Title | Name | Address | Last Updated | Status |
|-------|------|---------|--------------|--------|
| President | ALFIA JIVAN | 3401 SIRIUS AVE SUITE 32, LAS VEGAS, NV, 89102, USA | 06/07/2019 | Active |
| Secretary | KULDEEP SINGH | 3401 SIRIUS AVE SUITE 32, LAS VEGAS, NV, 89102, USA | 06/07/2019 | Active |
| Treasurer | ALFIA JIVAN | 3401 SIRIUS AVE SUITE 32, LAS VEGAS, NV, 89102, USA | 06/07/2019 | Active |
| Director | ALFIA JIVAN | 3401 SIRIUS AVE SUITE 32, LAS VEGAS, NV, 89102, USA | 06/07/2019 | Active |

Page 1 of 1, records 1 to 4 of 4

## CURRENT SHARES

| Class/Series | Type | Share Number | Value |
|---|---|---|---|

No records to view.

Number of No Par Value Shares:

**75000**

Total Authorized Capital:

**75,000**

Filing History     Name History     Mergers/Conversions

Return to Search     Return to Results

**EXHIBIT F**

## ENTITY INFORMATION

### ENTITY INFORMATION

**Entity Name:**

LIBERTY NOVELTY LLC

**Entity Number:**

E0435972019-9

**Entity Type:**

Domestic Limited-Liability Company (86)

**Entity Status:**

Active

**Formation Date:**

07/20/2019

**NV Business ID:**

NV20191512009

**Termination Date:**

Perpetual

**Annual Report Due Date:**

7/31/2020

**Series LLC:**

☐

**Restricted LLC:**

☐

### REGISTERED AGENT INFORMATION

**Name of Individual or Legal Entity:**

Kenneth A Finegood

**Status:**

Active

**CRA Agent Entity Type:**

**Registered Agent Type:**

Non-Commercial Registered Agent

**NV Business ID:**

**Office or Position:**

**Jurisdiction:**

**Street Address:**

4616 W. Sahara Ave. #200, Las Vegas, NV, 89102, USA

**Mailing Address:**

**Individual with Authority to Act:**

**Fictitious Website or Domain Name:**

## OFFICER INFORMATION

☐ **VIEW HISTORICAL DATA**

| Title | Name | Address | Last Updated | Status |
|-------|------|---------|--------------|--------|
| Managing Member | Kuldeep Singh | 3401 Sirius Ave., Las Vegas, NV, 89102, USA | 07/25/2019 | Active |
| Managing Member | Alfia Jivan | 3401 Sirius Ave Unit 22, Las Vegas, NV, 89102, USA | 07/25/2019 | Active |
| Managing Member | Kuldeep Singh | 3401 Sirius Ave Unit 22, Las Vegas, NV, 89102, USA | 07/25/2019 | Active |

**Page 1 of 1, records 1 to 3 of 3**

Filing History        Name History        Mergers/Conversions

Return to Search        Return to Results

**EXHIBIT G**

# LIBERTY NOVELTY INC: D19350503

---

 **⚠ Notice**                                                              **✕**

Please be aware of an **ongoing scam** in which newly registered businesses are being instructed to send additional payment in order to obtain a Certificate of Status. Any 3rd party solicitation from a company attempting to represent the 'Maryland Secretary of State' via mail or email should be fully vetted before submitting additional payment information.

**Coronavirus (COVID-19) resources for businesses:** https://businessexpress.maryland.gov/coronavirus

**Department ID Number:**
D19350503

**Business Name:**
LIBERTY NOVELTY INC

**Principal Office:**
2035 DAY ROAD
HAGERSTOWN MD 21740

**Resident Agent:**
ALFIA JIVAN
10940 SASSAN LANE
HAGERSTOWN MD 21742

**Status:**
INCORPORATED

**Good Standing:**
THIS BUSINESS IS **NOT IN GOOD STANDING**

**Reason(s) Entity is NOT in Good Standing:**
Annual Report Due For 2020

**Business Type:**
CORPORATION

**Business Code:**
03 ORDINARY BUSINESS - STOCK

**Date of Formation/ Registration:**
01/14/2019

**State of Formation:**
MD

**Stock Status:**
STOCK

**Close Status:**

NO

**EXHIBIT H**

## Business Entity Search

 **Notice**      ✕

Please be aware of an **ongoing scam** in which newly registered businesses are being instructed to send additional payment in order to obtain a Certificate of Status. Any 3rd party solicitation from a company attempting to represent the 'Maryland Secretary of State' via mail or email should be fully vetted before submitting additional payment information.

**Coronavirus (COVID-19) resources for businesses:** https://businessexpress.maryland.gov/coronavirus

**Business Name:**

liberty novelty

**Search by:**

◉ Business Name
◯ Department ID

2 businesses found.

| Department ID | Business Name | Status |
|---|---|---|
| T00423868 | LIBERTY NOVELTYS | Active |
| L17786898 | LIBERTY NOVELTYS | Active |

Privacy - Terms

**EXHIBIT I**

# LIBERTY NOVELTYS: T00423868

---

 **Notice** 

Please be aware of an **ongoing scam** in which newly registered businesses are being instructed to send additional payment in order to obtain a Certificate of Status. Any 3rd party solicitation from a company attempting to represent the 'Maryland Secretary of State' via mail or email should be fully vetted before submitting additional payment information.

**Coronavirus (COVID-19) resources for businesses:** https://businessexpress.maryland.gov/coronavirus

---

**Status:**

ACTIVE

**Owner:**

ALFIA JIVAN

12505 EAGLE VIEW WAY

GERMANTOWN MD 20876

**Location:**

LIBERTY NOVELTYS

1 RESEARCH COURT #450

ROCKVILLE MD 20850

**Expiration Date:**

02/10/2022

---

## TRADE NAME APPLICATION

NON EXPEDITED FEE: **$25.00**
EXPEDITED FEE: ADDITIONAL **$50.00** | TOTAL EXPEDITED SERVICE: **$75.00**
**(Make checks payable to Department of Assessments and Taxation)**

**1) TRADE NAME** *(Only one trade name may appear on this line)***:**
**Liberty Noveltys**

**2) STREET ADDRESS(ES) WHERE NAME IS USED:**

**1 Research Court #450**

**CITY: Rockville**          **STATE: Maryland**          **ZIP: 20850**

Post office box number is only accepted when part of the physical address.

**3) FULL LEGAL NAME OF OWNER OF BUSINESS OR INDIVIDUAL USING THE TRADE NAME:**
**Alfia Jivan**

**4) PERSONAL PROPERTY ACCOUNT (L) NUMBER** *(if applicable)***:**
**L17786898**

**5) ADDRESS OF OWNER:**

**12505 Eagle View Way**

**CITY: Germantown**          **STATE: Maryland**          **ZIP: 20876**

Post office box number is only accepted when part of the physical address.

**6) DESCRIPTION OF BUSINESS:**
**To trade Wholesale products to stores, online business, for example: phone chargers, scales, incense sticks, e-cigs, tobacco pipes, hookah charcoal and other general novelties.**

I affirm and acknowledge under penalties of perjury that the foregoing is true and correct to the best of my knowledge.

**Alfia Jivan**

| | |
|---|---|
| SIGNATURE OF OWNER     (AUTHORIZED TITLE) | SIGNATURE OF OWNER     (AUTHORIZED TITLE) |
| SIGNATURE OF OWNER     (AUTHORIZED TITLE) | SIGNATURE OF OWNER     (AUTHORIZED TITLE) |

**EXHIBIT J**

## JIVAN, ALFIA: L17786898

>  ### ⚠ Notice 
>
> Please be aware of an **ongoing scam** in which newly registered businesses are being instructed to send additional payment in order to obtain a Certificate of Status. Any 3rd party solicitation from a company attempting to represent the 'Maryland Secretary of State' via mail or email should be fully vetted before submitting additional payment information.
>
> **Coronavirus (COVID-19) resources for businesses:** https://businessexpress.maryland.gov/coronavirus

**Department ID Number:**

L17786898

**Business Name:**

JIVAN, ALFIA

**Principal Office:**

**Resident Agent:**

NO ACTIVE RESIDENT AGENT FOUND

**Status:**

ACTIVE

**Business Type:**

SOLE PROPRIETORSHIP OR GENERAL PARTNERSHIP

**Business Code:**

30 ORDINARY BUSINESS - UNINCORPORATED

**Date of Formation/ Registration:**

02/10/2017

**State of Formation:**

**Stock Status:**

N/A

**Close Status:**

N/A

**EXHIBIT K**

DISTRICT COURT OF MARYLAND
Go Back Now

## Case Information

Court System: **DISTRICT COURT FOR MONTGOMERY COUNTY - CIVIL SYSTEM**
Case Number:             **060100074932018**  Claim Type: **CONTRACT**
District/Location Codes: **06 / 01**  Filing Date: **04/23/2018**  Case Status: **ACTIVE**

## Complaint, Judgment, and Related Persons Information

*(Each Complaint, Hearing, Judgment is listed separately, along with each Related Person)*

### Complaint Information

Complaint No:      **001  (HASIM DISTRIBUTION, INC)**  Vs: **(LIBERTY NOVELTYS, LLC )**
Type:              **REGULAR CLAIM**
Complaint Status: **JUDGMENT IN FAVOR OF PLAINTIFF ENTERED**
Status Date:       **09/13/2018**  Filing Date: **04/23/2018**  Amount **$9460**  Last Activity Date: **10/12/2018**

### Judgment Information

Judgment Type:                    **DEFAULT JUDGMENT ENTERED**  Judgment Date: **09/10/2018**
Judgment Amount:                  **$9,460.00**  Judgment Interest: **$283.80**  Costs: **$46.00**  Other Amounts: **$0.00**
Attorney Fees:          **$0.00**  Jointly and Severally:    In Favor of Defendant:
Possession Of Property Claimed valued At: **$0.00**  Is Awarded To The:   Together With Damages Of: **$0.00**
Value Of Property Sued For:            **$0.00**  Plus Damages Of: **$0.00**  Is Awarded To The:   Dismissed With Prejudice:
Replevin/Detinue Amount:          **$0.00**
Recorded Lien Date:                       Judgment renewed Date:
Renewed Lien Date:                        Satisfaction Date:

### Related Person Information

Name:                  **BERGMAN, SCOTT N.**
Connection to Complaint: **ATTORNEY FOR PLAINTIFF**
Address: **5257 BUCKEYSTOWN PK,#275**
City:    **FREDERICK**  State: **MD**  Zip Code: **21704**
If Person is Attorney: Attorney Code: **011972**  Attorney's Firm: **LAW OFC OF SCOTT BERGMAN**

Name:              **LIBERTY NOVELTYS, LLC**
Connection to Complaint: **DEFENDANT**
Address: **1 RESEARCH COURT SUITE 450**
City:    **ROCKVILLE**  State: **MD**  Zip Code: **20850**

Name:              **HASIM DISTRIBUTION, INC**
Connection to Complaint: **PLAINTIFF**
Address: **8251 LA PALMA AVE., #376**
City:    **BUENA PARK**  State: **CA**  Zip Code: **90620**

Name:              **LEGALINE CORPORATE SERVICES**
Connection to Complaint: **RESIDENT AGENT**
Address: **1155 KELLY JOHNSON BLVD., SUITE 111**
City:    **COLORADO SPRINGS**  State: **CO**  Zip Code: **80920**

### Case History Information

*(Each Event listed for the case is listed below in chronological order)*

Type: **INITIAL CASE FILING**  Complaint No.:
Date: **04/23/2018**  Comment: **INITIAL CASE FILING**

**Type:** TRIAL   **Complaint No.:**
**Date:** **04/25/2018**   **Comment:** **TRIAL SET FOR: 08152018;TIME: 0800A;LOC:01;ROOM:413**

**Type:** NOTICE SENT   **Complaint No.:** **001**
**Date:** **04/25/2018**   **Comment:** **NOTICE OF INITIAL TRIAL (ATP)-D1**

**Type:** SERVICE   **Complaint No.:** **001**
**Date:** **05/09/2018**   **Comment:** **REGL;04232018;DEF;SV-SERVED ;**

**Type:** NOTICE SENT   **Complaint No.:** **001**
**Date:** **05/30/2018**   **Comment:** **NOTICE OF OUTCOME OF ORIGINAL SERVICE (ATP)-A1**

**Type:** MOTION FILED   **Complaint No.:** **001**
**Date:** **07/09/2018**   **Comment:** **G;07242018;9M7;ATP;TO CONTINUE ;04**

**Type:** COMMENT   **Complaint No.:** **001**
**Date:** **07/19/2018**   **Comment:** **ATP;REQUEST FOR ORDER OF DEFAULT**

**Type:** COURT ORDER ENTERED   **Complaint No.:** **001**
**Date:** **07/24/2018**   **Comment:** **9M7; ...FOR EX-PARTE PROOF (NO NID FILED, CASE IS**

**Type:** COURT ORDER ENTERED   **Complaint No.:** **001**
**Date:** **07/24/2018**   **Comment:** **9M7; UNDISPUTED)**

**Type:** COMMENT   **Complaint No.:** **001**
**Date:** **07/24/2018**   **Comment:** **CC TO BOTH PARTIES ON 7/25/15**

**Type:** TRIAL DELETE   **Complaint No.:**
**Date:** **07/25/2018**   **Comment:** **TRIL;08152018;0800A;01;BY 9M7;SET EXPT HRG**

**Type:** HEARING SCHEDULED   **Complaint No.:** **001**
**Date:** **07/25/2018**   **Comment:** **EX PARTE HEARING SET;08202018;0130P;LOC01;514 ;EXPT**

**Type:** NOTICE SENT   **Complaint No.:** **001**
**Date:** **07/25/2018**   **Comment:** **NOTICE OF INITIAL HEARING/TRIAL - EXPT (ATP)-C2**

**Type:** NOTICE SENT   **Complaint No.:** **001**
**Date:** **07/25/2018**   **Comment:** **ALSO SENT TO - DEF,RSA,**

**Type:** NOTICE SENT   **Complaint No.:** **001**
**Date:** **07/25/2018**   **Comment:** **NOTICE OF CANCELLED HEARING/TRIAL - TRIL (ATP)-C3**

**Type:** NOTICE SENT   **Complaint No.:** **001**
**Date:** **07/25/2018**   **Comment:** **ALSO SENT TO - RSA,**

**Type:** NOTICE SENT   **Complaint No.:** **001**
**Date:** **07/25/2018**   **Comment:** **NOTICE OF OUTCOME OF MOTION FILED - 04 (ATP)-G1**

**Type:** NOTICE SENT   **Complaint No.:** **001**
**Date:** **07/25/2018**   **Comment:** **ALSO SENT TO - RSA,**

**Type:** MOTION FILED   **Complaint No.:** **001**
**Date:** **08/01/2018**   **Comment:** **G;08172018;0BY;ATP; MOTION TO CONTINUE EX PARTE HEAR;50**

**Type:** COMMENT   **Complaint No.:** **001**
**Date:** **08/15/2018**   **Comment:** **COPY OF NOTICE SENT OUT TO DEF REGARDING EX PARTE**

**Type:** COMMENT   **Complaint No.:** **001**
**Date:** **08/15/2018**   **Comment:** **HEARING RETURNED IN MAIL**

**Type:** TRIAL/HEARING POSTPONEMENT   **Complaint No.:** **001**
**Date:** **08/17/2018**   **Comment:** **EXPT;08202018;0130P;01;PLNR;BY 0BY;PREV SET ON 07252018**

**Type:** HEARING SCHEDULED   **Complaint No.:** **001**
**Date:** **08/17/2018**   **Comment:** **EX PARTE HEARING SET;09102018;0130P;LOC01;514 ;EXPT**

**Type:** EVENT DELETED   **Complaint No.:**
**Date:** **08/17/2018**   **Comment:** **HIDE;08012018;**

**Type:** NOTICE SENT   **Complaint No.:** **001**
**Date:** **08/17/2018**   **Comment:** **NOTICE OF HEARING/TRIAL POSTPONEMENT - EXPT (ATP)-D2**

**Type:** NOTICE SENT   **Complaint No.:** **001**
**Date:** **08/17/2018**   **Comment:** **ALSO SENT TO - DEF,RSA,**

Type: **NOTICE SENT**   Complaint No.: **001**
Date: **08/17/2018**   Comment: **NOTICE OF OUTCOME OF MOTION FILED - 50 (ATP)-G1**

Type: **NOTICE SENT**   Complaint No.: **001**
Date: **08/17/2018**   Comment: **ALSO SENT TO - RSA,**

Type: **COMMENT**   Complaint No.: **001**
Date: **08/31/2018**   Comment: **COPY OF NOTICE SENT TO DEF REGARDING EX PARTE HEARING**

Type: **COMMENT**   Complaint No.: **001**
Date: **08/31/2018**   Comment: **RETURNED IN MAIL**

Type: **COMMENT**   Complaint No.: **001**
Date: **09/05/2018**   Comment: **8/17/18 CT ORDR TO DEF RTN RE: NOT DELIVERABLE**

Type: **COMMENT**   Complaint No.: **001**
Date: **09/05/2018**   Comment: **AS ADDRESSED**

Type: **JUDGMENT IN DEFAULT ENTERED**   Complaint No.: **001**
Date: **09/10/2018**   Comment: **DEFAULT JUDGMENT ENTERED**

Type: **COURT ORDER ENTERED**   Complaint No.: **001**
Date: **09/10/2018**   Comment: **0CF;ATTORNEY'S FEES TO BE SUBMITTED**

Type: **NOTICE SENT**   Complaint No.: **001**
Date: **09/13/2018**   Comment: **NOTICE OF JUDGMENT ENTERED IN DEFAULT (ATP)-Q1**

Type: **NOTICE SENT**   Complaint No.: **001**
Date: **09/13/2018**   Comment: **ALSO SENT TO - RSA,**

Type: **MOTION FILED**   Complaint No.: **001**
Date: **09/17/2018**   Comment: **D;10052018;0BX;ATP;AFDV JUDG ;50**

Type: **COMMENT**   Complaint No.:
Date: **10/12/2018**   Comment: **PER JUDGE OBX; ATTORNEY'S FEE DENIED:ATTORNEY'S**

Type: **COMMENT**   Complaint No.:
Date: **10/12/2018**   Comment: **FEE AFFIDAVIT DOES NOT COMPLY WIT THE RULE. MERELY**

Type: **COMMENT**   Complaint No.:
Date: **10/12/2018**   Comment: **ATTACHING A CHECK PAID TO ATTORNEY AND STATING IT IS**

Type: **COMMENT**   Complaint No.:
Date: **10/12/2018**   Comment: **REASONABLE IS INSUFFICIENT. ATTACH DOCUMENTS EVIDENCING**

Type: **COMMENT**   Complaint No.:
Date: **10/12/2018**   Comment: **HOURS, WORK PERFORMED, RATE. COMPLY WIT THE RULE.**

Type: **NOTICE SENT**   Complaint No.: **001**
Date: **10/12/2018**   Comment: **NOTICE OF OUTCOME OF MOTION FILED - 50 (ATP)-G1**

Type: **NOTICE SENT**   Complaint No.: **001**
Date: **10/12/2018**   Comment: **ALSO SENT TO - RSA,**

*This is an electronic case record. Full case information cannot be made available either because of legal restrictions on access to case records found in Maryland Rules, or because of the practical difficulties inherent in reducing a case record into an electronic format.*

**EXHIBIT L**

CaseSearch                    Circuit Court of Maryland

## Case Information

Court System: **Circuit Court For Frederick County - Civil**
Location:      **Frederick Circuit Court**
Case Number:  **C-10-CV-20-000051**
Title:         **John Robinson, III vs. Liberty Noveltys, et al.**
Case Type:    **Contract - Breach**
Filing Date:   **01/17/2020**
Case Status:  **Closed**

## Involved Parties Information

### Defendant

Name: **Jivan, Ali**
Address: **12505 Eagle View Way**
City:        **Germantown**  State: **MD**  Zip Code: **20876**

### Defendant

Name: **Jivan, Alfia**
Address: **12505 Eagle View Way**
City:        **Germantown**  State: **MD**  Zip Code: **20876**

### Defendant

Name: **Liberty Noveltys**
Address: **2035 Day Road**
City:        **Hagerstown**  State: **MD**  Zip Code: **21742**

### Plaintiff

Name: **Robinson, John M III**
Address: **P.O. Box 563**
City:        **Frederick**  State: **MD**  Zip Code: **21705**

### *Attorney(s) for the Plaintiff*

Name:              **DOUD, JOHN III**
Appearance Date:  **07/22/2020**
Address Line 1:    **19 WEST COLD SPRING LANEQ**
City:              **BALTO**  State: **MD**  Zip Code: **21210**

## Judgment Information

| | |
|---|---|
| Judgment Event Type: | **Dismissed - Voluntary** |

## Document Information

| File Date: | **01/17/2020** |
|---|---|
| Filed By: | |
| Document Name: | **Complaint / Petition** |
| Comment: | **Complaint** |

| File Date: | **01/17/2020** |
|---|---|
| Filed By: | |
| Document Name: | **Supporting Exhibit** |
| Comment: | **Exhibit A** |

| File Date: | **01/17/2020** |
|---|---|
| Filed By: | |
| Document Name: | **Supporting Exhibit** |
| Comment: | **Exhibit B** |

| File Date: | **01/17/2020** |
|---|---|
| Filed By: | |
| Document Name: | **Supporting Exhibit** |
| Comment: | **Exhibit C** |

| File Date: | **01/17/2020** |
|---|---|
| Filed By: | |
| Document Name: | **Supporting Exhibit** |
| Comment: | **Exhibit D** |

| File Date: | **01/17/2020** |
|---|---|
| Filed By: | |
| Document Name: | **Supporting Exhibit** |
| Comment: | **Exhibit E** |

| File Date: | **01/17/2020** |
|---|---|
| Filed By: | |
| Document Name: | **Supporting Exhibit** |
| Comment: | **Exhibit F** |

| File Date: | **01/17/2020** |
|---|---|
| Filed By: | |
| Document Name: | **Supporting Exhibit** |
| Comment: | **Exhibit G** |

| File Date: | **01/17/2020** |
|---|---|
| Filed By: | |
| Document Name: | **Supporting Exhibit** |
| Comment: | **Exhibit H** |

| File Date: | **01/17/2020** |
|---|---|
| Filed By: | |
| Document Name: | **Supporting Exhibit** |
| Comment: | **Exhibit I** |

| File Date: | **01/17/2020** |
|---|---|
| Filed By: | |
| Document Name: | **Supporting Exhibit** |

| | |
|---|---|
| Comment: | **Exhibit K** |

---

| | |
|---|---|
| File Date: | **01/17/2020** |
| Filed By: | |
| Document Name: | **Supporting Exhibit** |
| Comment: | **Exhibit J** |

---

| | |
|---|---|
| File Date: | **01/21/2020** |
| Filed By: | |
| Document Name: | **Summons Issued (Service Event)** |
| Comment: | |

---

| | |
|---|---|
| File Date: | **01/21/2020** |
| Filed By: | |
| Document Name: | **Summons Issued (Service Event)** |
| Comment: | |

---

| | |
|---|---|
| File Date: | **01/21/2020** |
| Filed By: | |
| Document Name: | **Summons Issued (Service Event)** |
| Comment: | |

---

| | |
|---|---|
| File Date: | **02/19/2020** |
| Filed By: | |
| Document Name: | **Affidavit - Service** |
| Comment: | **Affidavit of Service - Ali Jivan** |

---

| | |
|---|---|
| File Date: | **02/19/2020** |
| Filed By: | |
| Document Name: | **Affidavit - Service** |
| Comment: | **Affidavit of Service - Alfia Jivan** |

---

| | |
|---|---|
| File Date: | **02/19/2020** |
| Filed By: | |
| Document Name: | **Affidavit - Service** |
| Comment: | **Affidavit of Service - Liberty Noveltys** |

---

| | |
|---|---|
| File Date: | **03/10/2020** |
| Filed By: | |
| Document Name: | **Motion - Default** |
| Comment: | **Request for Order of Default** |

---

| | |
|---|---|
| File Date: | **03/19/2020** |
| Filed By: | |
| Document Name: | **Order of Default** |
| Comment: | |

---

| | |
|---|---|
| File Date: | **03/19/2020** |
| Filed By: | |
| Document Name: | **Notice of Default Order Issued** |
| Comment: | |

---

| | |
|---|---|
| File Date: | **03/19/2020** |
| Filed By: | |
| Document Name: | **Notice of Default Order Issued** |
| Comment: | |

---

| | |
|---|---|
| File Date: | **03/19/2020** |

Filed By:
Document Name: **Notice of Default Order Issued**
Comment:

---

File Date: **04/06/2020**
Filed By:
Document Name: **Returned Mail**
Comment: **Liberty Noveltys**

---

File Date: **04/10/2020**
Filed By:
Document Name: **Returned Mail**
Comment:

---

File Date: **04/24/2020**
Filed By:
Document Name: **Motion**
Comment: **REQUEST FOR ENTRY OF JUDGMENT BY DEFAULT AS TO LIABILITY**

---

File Date: **05/01/2020**
Filed By:
Document Name: **Returned Mail**
Comment:

---

File Date: **07/22/2020**
Filed By:
Document Name: **Notice of Deficiency - Rule 20-203(d)**
Comment:

---

File Date: **07/22/2020**
Filed By:
Document Name: **Attorney Appearance - $10 Fee**
Comment: **Enter Appearance for Plaintiff**

---

File Date: **07/27/2020**
Filed By:
Document Name: **Dismissal - Voluntary**
Comment: **Notice of Dismissal**

---

File Date: **07/28/2020**
Filed By:
Document Name: **Order - Dismissal**
Comment:

---

File Date: **08/06/2020**
Filed By:
Document Name: **Returned Mail**
Comment: **Liberty Noveltys**

---

File Date: **08/17/2020**
Filed By:
Document Name: **Returned Mail**
Comment:

---

## Service Information

| Service Type | Issued Date | Service Status |
| --- | --- | --- |

**Summons Issued   01/21/2020**
**Summons Issued   01/21/2020**
**Summons Issued   01/21/2020**

*This is an electronic case record. Full case information cannot be made available either because of legal restrictions on access to case records found in Maryland Rules, or because of the practical difficulties inherent in reducing a case record into an electronic format.*

**EXHIBIT M**

# California Takes Action to Combat COVID-19

- Governor Newsom announced his plan for learning and safe schools ahead of the 2020–2021 school year, as the California Department of Public Health issued a framework for when and how schools should reopen for in-person instruction. (7/17/2020)
- Building on the success of Project Roomkey, Governor Newsom announced the availability of $600 million in funding for Homekey, the next phase in the state's response protecting Californians experiencing homelessness who are at high risk for serious illness from COVID-19. (7/16/2020)
- The state launched "Wear A Mask" public awareness campaign encouraging Californians to use face coverings – one of the best ways people can protect themselves and others from the virus. (7/2/2020)
- Governor Newsom released tools, technology, and data that will allow scientists, researchers, technologists, and all Californians to better understand the impact of COVID-19. (6/25/2020)
- Governor Newsom issued a proclamation of a budget emergency to make additional resources available to fund the state's ongoing emergency response to the COVID-19 pandemic. (6/25/2020)
- Governor Newsom signed an executive order extending a waiver that allows retailers to temporarily pause in-store redemption of beverage containers to mitigate the spread of COVID-19. (6/22/2020)
- Governor Newsom signed an executive order addressing a variety of issues in response to the COVID-19 pandemic. (6/15/2020)
- First Partner Jennifer Siebel Newsom and Chief Service Officer Josh Fryday invite students, teens, and young adults across the state to join the #CaliforniansForAll Summer of Service. (6/12/2020)
- Governor Newsom announced that California-based BYD North America received certification from the National Institute for Occupational Safety and Health (NIOSH) to produce N95 respirators for the state. (6/8/2020)
- Governor Newsom signed an executive order that will help increase the availability of over-the-counter drugs, such as hand sanitizer, and medical devices, such as respirators, ventilators and masks, which are in demand due to the COVID-19 pandemic. (6/5/2020)
- Governor Newsom issued an executive order extending authorization for local governments to halt evictions for renters impacted by the COVID-19 pandemic, through July 28. (5/29/2020)
- The state is partnering with the California Partnership to End Domestic Violence (CPEDV), Airbnb and Uber to provide free accommodation and transportation to victims of domestic violence. (5/29/2020)
- Governor Newsom launched California Connected, the state's comprehensive contact tracing program and public awareness campaign. (5/22/2020)
- State Superintendent of Public Instruction Tony Thurmond announced a new collaborative online campaign to engage educators, school leaders, and families in a wider conversation about how to advance, elevate, and spur action on Social and Emotional Learning in California. (5/21/2020)
- Governor Newsom issued an executive order addressing a variety of issues in response to the COVID-19 pandemic. (5/19/2020)
- As a result of California scaling up its COVID-19 testing capacity in recent weeks, Governor Newsom announced that more than 1 million diagnostic tests for the virus have been conducted statewide. (5/12/2020)
- Governor Newsom issued an executive order extending some critical deadlines that have been impacted by the COVID-19 pandemic. (5/8/2020)
- Governor Newsom issued an executive order to ensure that Californians can exercise their right to vote in a safe and accessible manner during the General Election this November. (5/8/2020)
- The state released updated industry guidance – including for retail, manufacturing and logistics – to begin reopening with modifications that reduce risk and establish a safer environment for workers and customers. (5/7/2020)
- The state launched an interactive website to help Californians find COVID-19 community testing sites near them. (5/6/2020)
- Governor Newsom issued an executive order waiving penalties on property taxes for residents and small businesses experiencing economic hardship based on COVID-19 and extending deadline for filing property tax statements. (5/6/2020)
  Governor Newsom issued an executive order that creates a time-limited rebuttable presumption for accessing workers' compensation benefits applicable to Californians who must work outside of their homes during the stay at home order. (5/6/2020).
- Governor Newsom issued an executive order that temporarily broadens the capability of counties to enroll persons into the California Work Opportunity and Responsibility to Kids (CalWORKs) program using various eligibility verification methods due to social distancing requirements. (5/1/2020)
- Governor Newsom issued an executive order allowing adults to obtain marriage licenses via videoconferencing rather than in person amidst the COVID-19 pandemic. (4/30/2020)
- California launched covid19.ca.gov/childcare to provide convenient access to safe and reliable child care options for working parents, including essential workers and vulnerable populations. (4/30/2020)
- The Governor announced that that CalFresh recipients will receive the maximum benefits for the month of May and families with children eligible for free or reduced price meals are eligible to receive additional support thanks to the Pandemic Emergency Benefits Transfer Program (P-EBT). (4/29/2020)
- Philanthropy committed to a $15 million campaign to fund Farm to Family program through the end of the year. (4/29/2020)
- The state expanded its Farm to Family program to help meet the growing demand at California food banks. (4/29/2020)

- California is mobilizing more than 1,000 callers through the Social Bridging Project to proactively reach out to older Californians who are isolating at home. (4/24/2020)
- The state is expanding Friendship Line California to provide statewide support to lonely and isolated older Californians. (4/24/2020)
- California is launching a first-in-the-nation program that will enlist community restaurants to prepare and deliver meals to older Californians who are isolating at home during California's stay at home order. (4/24/2020)
- Governor Newsom issued an executive order addressing a variety of issues in response to the COVID-19 pandemic including extensions for customers on several Department of Motor Vehicles deadlines and suspension of late fees for expired vehicle registrations. (4/23/2020)
- Governor Newsom issued an executive order giving flexibility to the California Department of Health Care Services (DHCS) and Medi-Cal providers on a variety of deadlines and requirements to ensure continuity of service to patients and customers. (4/23/2020)
- Governor Newsom issued an executive order to empower schools to focus on responding to COVID-19 and to provide transparency to their communities. (4/23/2020)
- Governor Newsom issued an executive order to stop debt collectors from garnishing COVID-19-related financial assistance. (4/23/2020)
- Governor Newsom announced that most private student loan servicers have agreed to provide payment and other relief to borrowers, including more than 1.1 million Californians with privately held student loans. (4/23/2020)
- California Volunteers' launched the #CaliforniansForAll service initiative to connect Californians with safe volunteer opportunities and encourage those unable to physically volunteer to think creatively about ways to make a difference in their communities. (4/21/2020)
- The state secured commitments from companies, business leaders, and philanthropists to provide Internet access for hundreds of thousands of households and laptops, Chromebooks, and tablets for over 70,000 students. (4/20/2020)
- The California Public Utilities Commission is making $30 million available to help school districts ensure that families have Internet access and computing devices for distance learning. (4/20/2020)
- The California State Transportation Agency is partnering with the City of Sacramento to convert and deploy seven transit buses to be used as super hotspots. (4/20/2020)
- California negotiated master agreement template with Motel 6 which counties can now use to access these facilities for Project Roomkey. (4/18/2020)
- Governor Newsom issued an executive order allowing temporary waivers to certain foster youth programs to ensure continuity of care in response to COVID-19. (4/17/2020)
- Governor Newsom established a state Task Force on Business and Jobs Recovery to chart a path forward on recovery in the wake of COVID-19. (4/17/2020)
- Governor Newsom issued an executive order addressing upcoming admissions criteria for the CSU system, background checks for essential workers, and deadline extensions to real estate licenses and more. (4/17/2020)
- Governor Newsom issued an executive order increasing health and safety standards by permitting workers at food facilities to wash their hands every 30 minutes, or as needed. (4/16/2020)
- Governor Newsom issued an executive order to give two weeks of supplemental paid sick leave to certain food sector workers if they are subject to a quarantine or isolation order or medical directive. (4/16/2020)
- Philanthropic partners committed to raising a $50 million to support undocumented Californians. (4/15/2020)
- California invested $75 million in statewide Disaster Relief Assistance funding to provide financial support for immigrant workers affected by COVID-19. (4/15/2020)
- The Employment Development Department is implementing a one-stop shop for those applying for Pandemic Unemployment Assistance, including the self-employed and independent contractors. (4/15/2020)
- The state launched a new initiative to expand call center hours at the Employment Development Department to better assist Californians with unemployment insurance applications. (4/15/2020)
- Governor Newsom signed an executive order to address the release and reentry process at the Division of Juvenile Justice (DJJ) so that eligible youth serving time at DJJ can be discharged safely and expeditiously. (4/14/2020)
- Governor Newsom outlined six critical indicators California will consider before modifying the stay-at-home-order and other COVID-19 interventions. (4/14/2020)
- California invested $42 million to protect younger Californians who are at heightened risk for abuse and mistreatment due to COVID-19. (4/13/2020)
- Governor Newsom announced the release of $100 million to support child care services, and to support child care providers who are stepping up to serve essential infrastructure workers and vulnerable populations and their children. (4/10/2020)
- The USNS Mercy is taking non-COVID-19 patients to help decompress skilled nursing facilities in the Los Angeles area. (4/10/2020)
- California is providing stipends to certified nurse assistants, licensed vocational nurses and other critical staff at nursing homes to make sure their needs are met. (4/10/2020)
- The state created a program to provide doctors, nurses and other critical front-line health care workers access to no-cost or low-cost hotel rooms. (4/9/2020)
- California is partnering with United Airlines, which will provide free, round-trip flights for volunteer medical professionals from across California and the country who join the state's health care workforce. (4/9/2020)
- The state will begin implementing new federal benefit payments of $600 on top of the weekly benefit received by California workers as part of the new Pandemic Additional Compensation (PAC) initiated by the CARES Act. (4/9/2020)

- Governor Newsom issued an executive order that provides additional support for older adults and vulnerable young children. (4/7/2020)
- Governor Newsom issued an executive order to help the state procure necessary medical supplies to fight COVID-19. (4/7/2020)
- California's Surgeon General released new stress management playbooks for individuals, caregivers and kids. (4/7/2020)
- California published a consolidated page of helplines and resources for those experiencing stress, anxiety or depression, facing substance abuse disorders, violence at home, or seeking to protect child welfare and address child abuse or neglect. (4/7/2020)
- California secured 4,613 additional beds to fight COVID-19 and is aggressively planning for a surge in hospitalizations in the coming weeks, aiming to add 50,000 beds to our existing hospital capacity of nearly 75,000 beds. (4/6/2020)
- The Governor created a COVID-19 Testing Task Force, a public-private collaboration that will work with stakeholders to rapidly boost testing capacity. (4/4/2020)
- California launched a new website, covid19supplies.ca.gov, to allow individuals and companies to donate, sell or offer to manufacture 13 of the most critical medical supplies including ventilators, N95 respirators and testing materials. (4/4/2020)
- Governor Newsom issued an executive order allowing health care providers to use video chats and applications to provide health services without risk of penalty. (4/3/2020)
- Governor Newsom signed an executive order expanding consumer protection against price gouging on critical items, such as food and medical supplies, during the COVID-19 crisis. (4/3/2020)
- The state is securing thousands of isolation rooms in hotels and motels through Project Roomkey, for extremely vulnerable individuals experiencing homelessness, to help flatten the curve & preserve hospital capacity. (4/3/2020)
- California is the first state in the nation to secure FEMA approval for 75 percent federal cost-share for housing vulnerable individuals experiencing homelessness. (4/3/2020)
- Governor Newsom signed an executive order that will restrict water shutoffs to homes and small businesses while the state responds to the COVID-19 pandemic. (4/2/2020)
- The state is providing $50 million in loan guarantees for small businesses that may not be eligible for federal relief. (4/2/2020)
- California is also allowing small businesses to defer payment of sales and use taxes of up to $50,000, for up to 12 months. (4/2/2020)
- Governor Newsom announced $17.8 million in new state initiatives to support California workers impacted by COVID-19. The allocation will come from Workforce Innovation and Opportunity Act funds with $7.8 million going to the Los Angeles region and $10 million made available statewide. (4/2/2020)
- California is partnering with Google, which will be donating Chromebooks and will fund the use of 100,000 donated mobile hotspots to provide free and unlimited high-speed Internet connectivity for the remainder of the school year. (4/1/2020)
- The Governor issued an executive order expediting the use of funds to support the state's continuing efforts to protect public health and respond to the COVID-19 crisis. (4/1/2020)
- The state developed an agreement between teachers, classified employees, school boards, superintendents, and principals to work together to provide distance learning to California's students as a result of physical school closures due to mitigation efforts against the COVID-19 outbreak. (4/1/2020)
- California launched a statewide hotline (833-544-2374) and call center in partnership with 2-1-1 to connect older Californians with essential services like food and medication. (3/31/2020)
- Governor Newsom called for community members to check in on senior neighbors, friends, and family as part of the 'Stay Home. Save Lives. Check In.' (3/31/2020)
- The state is urging local non-profits and faith-based organizations to call to check in on all of the older Californians in their networks. (3/31/2020)
- In partnership with AARP, the state is sending a mailer to every older Californian with information and resources to adapt to the stay at home order. (3/31/2020)
- Governor Newsom issued an executive order to expand the health care workforce and staff at least an additional 50,000 hospital beds needed for the COVID-19 surge. (3/30/2020)
- The state launched the California Health Corps– health care professionals with an active license, public health professionals, medical retirees, medical and nursing students, or members of medical disaster response teams in California are all encouraged to join and staff the surge in COVID-19 patients. (3/30/2020)
- Governor Newsom signed an executive order providing relief to small businesses– it includes a 90-day extension in state and local taxes and extends licensing deadlines and requirements for a number of industries. (3/30/2020)
- The state secured partnerships with leading digital and media platforms, businesses and celebrities from across the state on the COVID-19 public awareness campaign. (3/29/2020)
- The Governor issued an executive order banning the enforcement of eviction orders for renters affected by COVID-19 through May 31, 2020. (3/27/2020)
- The Governor issued an executive order enabling the Chief Justice to take emergency actions for the state's courts to be able to conduct business during the COVID-19 pandemic. (3/27/2020)
- Governor Newsom secured a major financial relief package – financial institutions will provide a 90-day grace period for mortgage payments and will not negatively impact credit reports for Californians accessing payment relief. (3/25/2020)
- The Governor issued an executive order directing the California Department of Corrections and Rehabilitation to temporarily halt intake of inmates and youth into the state's 35 prisons and four youth correctional facilities. (3/24/2020)
- The state is moving to videoconferencing of all scheduled parole suitability hearings starting next month. (3/24/2020)

- California awarded $100 million to cities, counties and continuums of care to help people experiencing homelessness during the COVID-19 pandemic. (3/23/2020)
- California State Parks is working closely with local county and public health officials to modify park operations by closing vehicular traffic at some park units to reduce the density of visitors. (3/23/2020)
- The state secured a presidential Major Disaster Declaration, which makes federal funding available to state, tribal and local governments for emergency protective measures, including direct federal assistance, and makes funding available for crisis counseling for impacted individuals. (3/22/2020)
- California requested and received Personal Protective Equipment from the Strategic National Stockpile. (3/21/2020)
- The state is leasing two hospitals to increase availability of beds for COVID-19 patients. (3/21/2020)
- California is directing more than $42 million in emergency funding to expand California's health care infrastructure and secure equipment and services to support California's response to COVID-19. (3/21/2020)
- The Governor issued an executive order giving the state the ability to increase the health care capacity in clinics, mobile health care units and adult day health care facilities. (3/21/2020)
- California launched a partnership Neighbor-to-Neighbor campaign with NextDoor and California Volunteers to safely deploy volunteers to help the most vulnerable Californians. (3/20/2020)
- The Governor activated close to 500 members of the California National Guard to help distribute food at food banks and protect California's most vulnerable residents. (3/20/2020)
- The Governor issued an executive order to permit vote-by-mail procedures to be used in three upcoming special elections, protecting public health and safety during the COVID-19 outbreak. (3/20/2020)
- The California Department of Human Resources issued directives to departments on how to manage the state workforce to keep employees safe while continuing to provide Californians critical support and services. (3/19/2020)
- The Department of Food and Agriculture published a resource page for the agricultural sector. (3/19/2020)
- The Governor requested immediate deployment of the USNS Mercy Hospital Ship to the Port of Los Angeles to decompress the state's health care delivery system in Los Angeles. (3/19/2020)
- The state requested federal assistance to supplement California's efforts to prepare for a COVID-19 surge. (3/19/2020)
- The Governor issued a stay-at-home order to protect the health and well-being of all Californians and slow the spread of COVID-19. (3/19/2020)
- The Department of Motor Vehicles cancelled behind-the-wheel drive tests, suspended extended office hours and moved to appointment-only service for transactions requiring an in-person visit. (3/18/2020)
- California launched a consumer-friendly website and public service announcements to boost COVID-19 awareness. (3/18/2020)
- The Governor issued an executive order providing flexibility to local governments to spend their emergency homelessness funding on immediate solutions tailored to combatting COVID-19 and its impacts on the homeless population. (3/18/2020)
- The Governor directed the first allocation of the $500 million in emergency funding recently authorized by the Legislature for COVID-19 related activities – $150 million for local emergency homelessness actions. (3/18/2020)
- California is securing 1,309 travel trailers and hundreds of hotels rooms to provide immediate housing options for those most at risk. (3/18/2020)
- The Governor issued an executive order to ensure Californians who rely on Medi-Cal, CalFresh, CalWORKS, Cash Assistance for immigrants and in-home supportive services will not lose access due to COVID-19. (3/18/2020)
- The Governor issued an executive order to suspend standardized testing to focus on the mental and socioemotional well-being of students. (3/18/2020)
- The Governor placed the National Guard on alert to support COVID-19 community readiness. (3/17/2020)
- The state secured SBA disaster assistance for California small businesses economically impacted by COVID-19. (3/17/2020)
- The state removed barriers to make it easier for California to quickly and effectively provide care to about 13 million Medi-Cal beneficiaries and expand telehealth options. (3/17/2020)
- The Governor issued an executive order to ensure vital goods can be delivered to California retailers in a timely manner during the COVID-19 outbreak. (3/17/2020)
- The Governor requested and signed emergency legislation providing up to $1 billion in funding to help California fight COVID-19. (3/17/2020)
- California released guidance and resources for schools to plan and implement distance learning and school meal delivery. (3/17/2020)
- State health and emergency officials directed bars and clubs to close and restaurants to open only for drive-through or pick-up/delivery. (3/17/2020)
- The state issued guidance for vulnerable Californians– older residents (65+) and those with underlying health conditions – to isolate at home. (3/16/2020)
- The Governor issued an executive order to protect the health and safety of Californians most vulnerable to COVID-19 residing at health care, residential and non-residential facilities licensed by the state. (3/16/2020)
- California Volunteers created a resource page on how Californians can safely help their communities during COVID-19. (3/16/2020)
- The Governor issued an executive order that authorizes local governments to halt evictions for renters and homeowners, slows foreclosures, and protects against utility shutoffs for Californians affected by COVID-19. (3/16/2020)
- The Department of Motor Vehicles is allowing customers to avoid coming into the DMV office for 60 days so that at-risk populations can avoid required visits and practice social distancing. (3/16/2020)

- EDD is encouraging employers who are experiencing a slowdown in their businesses or services as a result of the outbreak's impact on the economy to apply for an Unemployment Insurance work sharing program. (3/13/2020)
- In partnership with federal and local government, California managed the safe disembarkation and treatment of passengers from the Grand Princess cruise ship. (3/13/2020)
- Californians unable to work because they are caring for an ill or quarantined family member can file a Paid Family Leave. (3/13/2020)
- The California Employment Development Department (EDD) is encouraging individuals who are unable to work due to exposure to COVID-19 to file a Disability Insurance claim. (3/13/2020)
- The Franchise Tax Board is providing a 90-day extension to file California tax returns for taxpayers affected by the COVID-19 pandemic. (3/13/2020)
- Caltrans launched a statewide educational campaign on more than 700 electronic highway signs, urging all Californians to be more diligent about containing the spread of the virus. (3/13/2020)
- The Governor issued an executive order to ensure schools retain state funding even in the event of a COVID-19 physical closure. (3/13/2020)
- The Governor issued an executive order removing the waiting period for unemployment and disability insurance for Californians who lose work as a result of the COVID-19 outbreak and readying the state to commandeer hotels and medical facilities. (3/12/2020)
- The state is allowing local and state legislative bodies to hold meetings via conference calls while still meeting state transparency requirements. (3/12/2020)
- The state directed mass gatherings be postponed or cancelled to slow the spread of the virus. (3/11/2020)
- The California Business, Consumer Services and Housing Agency released guidance for homeless assistance providers in the state. (3/10/2020)
- California obtained approval to provide meal service during school closures to minimize potential exposure to COVID-19. (3/7/2020)
- California activated the State Operations Center and the Medical and Health Coordination Center to coordinate response efforts across the state. (3/6/2020)
- 24 million more Californians were made eligible for free medically necessary COVID-19 testing. (3/5/2020)
- The Governor declared a State of Emergency to make additional resources available, formalize emergency actions already underway across multiple state agencies and departments, and help the state prepare for broader spread of COVID-19. (3/4/2020)
- California made available some of its emergency planning reserves of 21 million N95 filtering facepiece masks for use in certain health care settings to ease shortages of personal protective equipment. (3/3/2020)
- The state secured COVID-19 test kits from the CDC to help get results sooner, identify and treat cases and trace potential exposure. (2/28/2020)
- The California Department of Public Health is coordinating with federal authorities and local health departments that have implemented screening, monitoring and, in some cases, quarantine of returning travelers. (Ongoing)
- The California Department of Public Health's state laboratory in Richmond and 21 other public health department laboratories are testing for the virus that causes COVID-19. (Ongoing)
- The state's public health experts are providing information, guidance documents, and technical support to local health departments, health care facilities, providers, schools, universities, colleges, elder care and congregate living facilities, childcare facilities and homeless shelters across California. (Ongoing)
- The state is piloting Community Based Testing Sites for high-risk individuals in partnership with Verily. (Ongoing)