1   Adam M. Satnick, California State Bar No. 302326
2   (adam@satnicklau.com)
    Benson K. Lau, California State Bar No. 287429
3   (benson@satnicklau.com)
    **SATNICK LAU LLP**
4   11755 Wilshire Blvd., Suite 1250
5   Los Angeles, CA 90025
    Telephone:   (310) 356-8472
6   Facsimile:    (310) 436-4969

7
8   Attorneys for Plaintiff Full Spectrum IH, LLC

9

10          **THE UNITED STATES DISTRICT COURT FOR THE**

11      **EASTERN DISTRICT OF CALIFORNIA - BAKERSFIELD DIVISION**

12

13  FULL SPECTRUM IH, LLC, a Florida       | Case No.: 1:20-cv-00673-DAD-JLT
14  limited liability company;

                                             **DECLARATION OF MICHAEL
15              Plaintiff,                    LAGNESE IN SUPPORT OF
                                             PLAINTIFF'S OPPOSITION TO
16          vs.                              DEFENDANTS' MOTION TO SET
                                             ASIDE ENTRY OF DEFAULT**
17
    DCM, INC., a Nevada corporation;        [Filed concurrently with the Opposition to
18  LIBERTY NOVELTY, INC., a Maryland       Defendants' Motion to Set Aside Entry of
19  corporation; ALIRAZA JIVAN, an          Default, Declaration of Benson K. Lau, Esq.,
    individual; ALFIA JIVAN, an individual; Request for Judicial Notice, Evidentiary
20  and DOES 1 through 10, inclusive,       Objections to Declaration of Reza I. Gharakhani,
                                             Esq., Evidentiary Objections to Declaration of
21                                           Aliraza Jivan, Evidentiary Objections to
                                             Declaration of Alfia Jivan, Evidentiary
22              Defendants.                   Objections to Declaration of Alejandra Duran,
                                             and Evidentiary Objections to Declaration of
23                                           Minor "AJ"]

24                                           Hearing:     September 10, 2020; 9:30 a.m.
                                             Judge:       Hon. Jennifer L. Thurston
25                                           Location:    United States Courthouse, 510
                                                          19th Street, Suite 200,
26                                                        Bakersfield, CA 93301

27

28

**SATNICK LAU LLP**
11755 Wilshire Blvd., Suite 1250
Los Angeles, CA 90025
Telephone: (310) 356-8472

1

DECLARATION OF MICHAEL LAGNESE

SATNICK LAU LLP
11755 Wilshire Blvd., Suite 1250
Los Angeles, CA 90025
Telephone: (310) 356-8472

1   I, Michael Lagnese, hereby declare pursuant to 28 U.S.C. § 1746 as follows:

2   1.   I am the Chief Executive Officer of Plaintiff FULL SPECTRUM IH,

3   LLC ("Full Spectrum"). I am over the age of eighteen (18) years, and declare and affirm

4   that the foregoing is true and correct. I have personal knowledge of all statements made

5   herein based upon my duties and based upon my review of the books and records

6   maintained by Company in the ordinary course of business that relate to this matter.

7   2.   In October 2019, I entered into negotiations with Aliraza Jivan for the

8   purchase and sale of industrial hemp from my company, Full Spectrum, to his

9   company, DCM.

10   3.   Mr. Jivan informed me that if Full Spectrum could manufacture[1] and

11   supply 3,500 lbs. of industrial hemp of a particular strain and quality specified by DCM

12   (the "Product") over a two-month period, DCM would purchase the Product over a

13   two-month period for a total sum of $560,000.00 (the "Purchase Price") payable in

14   seven (7) weekly installments of $80,000.00 beginning on November 8, 2019 and

15   concluding on December 20, 2019.

16   4.   Mr. Jivan acknowledged that he understood the Product was perishable

17   because of its organic nature and that timely sale and delivery of the Product was of the

18   utmost importance. Mr. Jivan assured me that DCM would have no problem fulfilling

19   its weekly purchase obligations and that DCM had the financial wherewithal to

20   perform.

21   5.   In light of Mr. Jivan's representations and promises, I executed the

22   Industrial Hemp Purchase Agreement on behalf of Full Spectrum with DCM on

23   November 7, 2019 (the "Contract").

24   6.   After DCM failed to fulfill its obligations under the Contract by failing to

25   purchase the full second installment of Product on November 15, 2019, Mr. Jivan

26   began to make excuses for DCM's failure to perform and kept assuring me that

27

28

---

[1] The hemp requested by Mr. Jivan was in "buck flower" form which meant that Full Spectrum needed have it processed and trimmed for DCM before delivery.

2

DECLARATION OF MICHAEL LAGNESE

1  payment for the next installment would be forthcoming. It never did.

2       7.      This dragged on into the following year as I kept believing Mr. Jivan's

3  repeated promises and assurances that payment was forthcoming.

4       8.      My company incurred significant costs in preparing Product for delivery

5  to DCM. Instead, the remaining Product sat in storage where it began to decay and lose

6  commercial value.

7       9.      On March 31, 2020, it became clear to me that Mr. Jivan was simply

8  stringing me along and had no intention of performing under the Contract when he

9  attempted to blame COVID-19 as the reason for DCM's failure to perform.

10  Unfortunately, by this time, the Product could not easily be resold to any other buyers

11  in its condition. I could not sell any of it. Currently, the remaining Product that DCM

12  failed to purchase is still in storage and in unsalable condition. Attached hereto as

13  Exhibit "**A**" are true and correct copies of my text message exchanges with Mr. Jivan

14  regarding the Contract from January 7, 2020 to April 2, 2020.

15       I declare under penalty of perjury that the foregoing is true and correct.

16       Executed on August 27, 2020 at Los Angeles, California.

17                                        /s/ Michael Lagnese (original signature
                                          retained by attorney Benson Lau)

18                                        _____
                                          Michael Lagnese, Chief Executive
19                                        Officer of Full Spectrum IH, LLC

20

21

22

23

24

25

26

27

28

SATNICK LAU LLP
11755 Wilshire Blvd., Suite 1250
Los Angeles, CA 90025
Telephone: (310) 356-8472

3

DECLARATION OF MICHAEL LAGNESE