# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FULL SPECTRUM IH, LLC,;<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>DCM, INC., et al.,<br><br>　　　　　　Defendants. | Case No.: 1:20-cv-00673-DAD-JLT<br><br>**ORDER AFTER NOTICE OF SETTLEMENT**<br>**(Doc. 39, 40)** |

The parties report that they have settled the matter. (Doc. 39) However, because the settlement requires delivery of certain goods, they indicate they cannot dismiss the action until August 2021. (Doc. 40 at 2) Thus, the Court **ORDERS**:

　　　1.　　The stipulation to dismiss the action **SHALL** be filed **no later than August 2, 2021**;

　　　2.　　All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

　　Dated: __January 6, 2021__　　　　　　　　__/s/ Jennifer L. Thurston__
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE