| | |
|---|---|
| 1 | **ROSTOW & AUSTER LLP** |
| 2 | REZA I. GHARAKHANI, (SBN 162690) |
|   | 2049 Century Park East, Suite 2525 |
| 3 | Los Angeles, California 90067 |
|   | Telephone:  (310) 772-0080 |
| 4 | Telecopier:  (310) 772-0822 |
|   | Email: gharakhani@rostow.com |

Attorneys for Defendants
DCM, INC., ALIRAZA JIVAN,
LIBERTY NOVELTY, INC., and
ALFIA JIVAN

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – BAKERSFIELD DIVISION

| | |
|---|---|
| FULL SPECTRUM IH, LLC, a Florida limited liability company, | CASE NO.  1:20-cv-00673-DAD-JLT |
| Plaintiff, | **DEFENDANTS DCM, INC., ALIRAZA JIVAN, LIBERTY NOVELTY, INC., AND ALFIA JIVAN'S NOTICE OF NON-OPPOSITION TO PLAINTIFF FULL SPECTRUM IH, LLC'S APPLICATION FOR ENTRY OF STIPULATED JUDGMENT** |
| v. | |
| DCM, INC., a Nevada corporation; LIBERTY NOVELTY, INC., a Maryland corporation; ALIRAZA JIVAN, an individual; ALFIA JIVAN, an individual; and DOES 1 through 10, inclusive, | |
| Defendants. | |

LA:2204.1207

/Case No. 1:20-CV-00673-DAD-JLT

- 1 -

DEFENDANTS' NOTICE OF NON-OPPOSITION

Rostow & Auster LLP
Attorneys At Law
Los Angeles

TO ALL INTERESTED PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that DEFENDANTS DCM, INC., ALIRAZA JIVAN, LIBERTY NOVELTY, INC and ALFIA JIVAN hereby state that they take no position as to Plaintiff FULL SPECTRUM IH, LLC's Ex Parte Application for Entry of Stipulated Judgment filed on March 8, 2021.

Dated: April 12, 2021                ROSTOW & AUSTER LLP

By: /s/ Reza I. Gharakhani
REZA I. GHARAKHANI
Attorneys for Defendants
DCM, INC., ALIRAZA JIVAN
LIBERTY NOVELTY, INC.,
and ALFIA JIVAN

LA:2204.1207
/CASE NO. 1:20-CV-00673-DAD-JLT
- 2 -
DEFENDANTS' NOTICE OF NON-OPPOSITION
ROSTOW & AUSTER LLP
ATTORNEYS AT LAW
LOS ANGELES